IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 24 Hour Fitness USA, Inc., a California corporation, dba 24 Hour Fitness<br><br>Petitioner,<br><br>v.<br><br>Michael A. Fantigrassi,<br><br>Respondent. | No. CV 11-2549-PHX-JAT<br><br>**ORDER** |

Pending before the Court are: (1) the Petition to Compel Arbitration (Doc. 1) and Petitioner's Motion to Strike Answer to Complaint (Doc. 15). On July 11, 2012, Petitioner filed a Notice of Order issued by Judge Samuel Conti of the United States District Court of California. Petitioner acknowledges that "[u]nder Judge Conti's Order, 24 Hour Fitness is precluded from further prosecuting this action before this Court." (Doc. 28). Petitioner then requests that this Court stay this matter. Because Petitioner has provided no argument or legal precedent that would entitle it to a stay of this action,

**IT IS ORDERED** that this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Petition to Compel Arbitration (Doc. 1) is denied without prejudice.

///

///

///

**IT IS FURTHER ORDERED** that Petitioner's Motion to Strike Answer to Complaint (Doc. 15) is denied as moot.

Dated this 25th day of July, 2012.

James A. Teilborg
United States District Judge